**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7788**

UNITED STATES OF AMERICA,

> Plaintiff – Appellee,

> v.

JUAN EVANGELISTA CASTRO,

> Defendant – Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Samuel G. Wilson, District Judge. (5:06-cr-00054-sgw-mfu-1)

Submitted: January 27, 2010          Decided: February 18, 2010

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Juan Evangelista Castro, Appellant Pro Se.  Ryan Lee Souders, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Evangelista Castro appeals from the district court's garnishment disposition order directing the Virginia State Police to pay the Government $9,849. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. United States v. Castro, No. 5:06-cr-00054-sgw-mfu-1 (W.D. Va. Sept. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although Castro appears to correctly assert that the garnishee improperly failed to serve him with its answer to the garnishment writ, Castro fails to explain on appeal the objections he would have raised to the answer had he been served. Because Castro fails to show prejudice, we conclude that the irregularity in the processing of the garnishment action was harmless.